PATRICIA P. HUBBARD et al., Suing for Themselves and Others, Appellants, *v.* KENSINGTON BANK et al., Respondents.

(Submitted June 11, 1930; decided July 8, 1930.)

*Albert Conway* and *Edward C. McLoughlin* for appellants.

*Bruce R. Duncan* and *Mitchell Klupt* for Kensington Bank, respondent.

*Samuel A. Telsey* for Municipal Bank, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.